| **Return** | | |
|---|---|---|
| Case No.:<br>3:18mj242: | Date and time warrant executed:<br>10/1/2018    15:00 | Copy of warrant and inventory left with:<br>GOOGLE, INC. |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

E-MAIL ACCOUNTS - PENDING RESPONSE FROM
GOOGLE, INC

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  10/1/18

_____
*Executing officer's signature*

John W. Canning / Special Agent
*Printed name and title*

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida

FILED __October 1, 2018__

_(Date)_

**NORTHERN DISTRICT FLORIDA**
**US MAGISTRATE JUDGE (Initials)** _AM_

|  |  |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | ) |
| | ) |
| davidclaytonwilliams@gmail.com, | ) |
| massagejinjin123@gmail.com, mayqun0512@gmail.com | ) |
| stored at the premises of Google, Inc. | ) |

Case No. 3:18mj242-CJK

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

        An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____ .
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

        The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B, to be seized pursuant to 18 USC 2703, and this warrant is to remain sealed until further order of this Court.

        I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

        **YOU ARE COMMANDED** to execute this warrant on or before _October 15, 2018_
                                                                          *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

        Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

        The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Charles J. Kahn, Jr. or his chambers _____ .
                                    *(name)*

        ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                        ☐ until, the facts justifying, the later specific date of _____ .

13:31

Date and time issued: _October 1, 2018_           _____
                                                                   *Judge's signature*

City and state:  Pensacola, Florida _____           _____ U.S. Magistrate Judge Charles J. Kahn, Jr. _____
                                                                                    *Printed name and title*

**ATTACHMENT A**

Place to Be
Searched

This warrant applies to the accounts **"davidclaytonwilliams@gmail.com,"** **"massagejinjin123@gmail.com,"** and **"mayqun0512@gmail.com,"** stored at the premises of Google, which is stored at premises owned, maintained, controlled, or operated by Google, Inc., a company headquartered at 1600 Amphitheater Parkway, Mountain View, CA 94043.

**ATTACHMENT B**

Particular Things to be Seized

Information to be disclosed by Google, Inc.

To the extent that the accounts described in Attachment A are within the possession, custody, or control of Google, it is required to disclose the following information to the government for each account or identifier listed in Attachment A.

a. The contents of all e-mails stored in the accounts, including copies of e-mails sent and received from/by the accounts including those that were both opened and unopened;

b. All records or other information regarding the identification of the accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were created and closed, the length of service, the type of service utilized, the IP addresses used to register the accounts, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, Jog files, and means and source of payment (including any credit or bank account number);

c. All records or other information stored by any individual using the accounts, including address books, contact and buddy lists, pictures, and files;

d. All records pertaining to communications between Google and any person regarding the accounts, including contacts with support service and records of actions taken;

e. The contents of any/all web hosting accounts to include the billing information for each account;

f. The contents of any/all Google messenger communications services to include the chats, pictures, etc.;

g. The contents of any/all Google user mailboxes; including both communications and images/photographs;

h.  The contents of any/all user group membership list to include any/all contents that the user loaded to the Google groups; and

i.  The contents of any/all Google Drive materials including all images and videos contained therein.

k. Notwithstanding Title 18, United States Code, Sections 2252 and 2252A [or any similar statute or code], Google shall disclose responsive data, if any, by delivering encrypted files through Google's Law Enforcement Request System or similar system to effectuate this federal search warrant.